In the Matter of SINGER SEWING MACHINE COMPANY, Respondent, against GEORGE STARKE, as a City Marshal of the City of New York, Respondent, and BENJAMIN LEVITAS, Intervener, Appellant.— Present — Glennon, J. P., Cohn, Callahan and Shientag, JJ. [See 278 App. Div. 902.]

## (October 5, 1951.)

In the Matter of PATRICK J. PICARIELLO, Appellant, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York and the Board of Canvassers of the City of New York, et al., Respondents.— Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ. [See 278 App. Div. 1023.]

## (October 9, 1951.)

JOHN F. SULLIVAN, Appellant, v. CITY OF NEW YORK, Respondent, et al., Defendants.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

EDWARD J. DANZIGER, Respondent, v. HEARST CORPORATION et al., Appellants.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Glennon and Cohn, JJ., dissent and vote to reverse and deny plaintiff's motion. [See *post,* p. 644.]

GUARANTY TRUST COMPANY OF NEW YORK, Appellant, v. WILPARK REALTY CORP., et al., Respondents.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 2279 REALTY CORPORATION, Appellant, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Respondents. [240 West End Ave., Borough of Manhattan.] — No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

ENRIQUE GONZALEZ, Respondent, v. HERMAN COHEN, Appellant.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *post,* p. 563.]